*Mr. George Bourquin* and *Messrs. Nolan & Donovan,* for Respondent.

———

No. 4,840.—STATE ex rel. O. A. BERGESON, Relator,
*v.* DISTRICT COURT et al., Respondents.

Original application for Writ of Supervisory Control directed to the District Court of Fergus County and Roy E. Ayers, a Judge thereof.

Decided March 21, 1921.

PER CURIAM.—The application of relator for supervisory control, this day presented, is after due consideration by the court, denied.

*Messrs. Norris, Hurd & Rhoades,* for Relator.